**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Life Coalition, Inc., et al., <br><br>      Plaintiffs, <br> vs. <br><br> Stacy Stanton, et al., <br><br>      Defendants. | No. CV-03-1691-PHX-PGR <br><br> <u>ORDER</u> |

Pursuant to the parties' Stipulation Regarding Attorneys' Fees and Costs (doc. #82),

IT IS ORDERED that the plaintiffs are awarded the sum of $206,732.00 in attorneys' fees and the sum of $4,173.51 in non-taxable expenses, for a total award of $210,905.51.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Expenses (doc. #77) is deemed withdrawn.

IT IS FURTHER ORDERED that the Application to Withdraw as Attorney of Record: Peter A. Gentala, Attorney for Plaintiffs (doc. #83) is granted pursuant to LRCiv 83.3(b)(1).

DATED this 16th day of December, 2008.

_____
Paul G. Rosenblatt
United States District Judge